In the Matter of a Proposal or Plan by Mortgage Commission of the State of New York to Exercise Certain of Its Limited Powers with Respect to a Mortgage Covering Premises Known as Lido Club Hotel, at Reynolds Channel, on the Island of Long Beach, County of Nassau, State of New York, Securing Mortgage Investments Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY, and Designated as Guarantee No. 180,577. HENRY BREEN, CHARLES A. MARCH, CHARLOTTE A. JONES and STEPHEN H. DURYEA, a Committee of Certificate Holders, etc., Appellants; MORTGAGE COMMISSION OF THE STATE OF NEW YORK, SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, TITLE GUARANTEE AND TRUST COMPANY, BOND AND MORTGAGE GUARANTEE COMPANY, LONG BEACH ON THE OCEAN, INC., LIDO REALTY CORPORATION, S. R. S. REAL ESTATE CORPORATION, LIDO CLUB HOTEL, INC., and THE MORTGAGE CORPORATION OF NEW YORK, Respondents.— Order denying motion for extension of time within which to file dissents to a plan of reorganization under the Mortgage Commission Act, reversed on the law, without costs, and motion granted. In our opinion it was an improper exercise of discretion not to permit the dissents to be filed, particularly in view of the fact that the date for the hearing of objections and for passing upon the plan was adjourned and that upon the adjourned date, when the hearing was had, holders of upwards of forty per cent of the value of outstanding certificates dissented therefrom. Hagarty, Johnston, Adel and Close, JJ., concur; Lazansky, P. J., concurs in result.